**Order entered February 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01124-CV

### ROBERT ALLEN MILLER, Appellant

### V.

### SHAWN RAE MILLER, Appellee

### On Appeal from the 469th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 469-54375-2018

## ORDER

Before the Court is appellant's February 14, 2019 motion to compel. In his motion, appellant asserts exhibits are missing from the reporter's record, the reporter's record contains inaccuracies, and the clerk's record is missing a document. We **GRANT** the motion as follows.

We **ORDER** the trial court to conduct a hearing, no later than March 28, 2019, to determine if the reporter's record contains any omissions or inaccuracies as alleged in appellant's motion. *See* TEX. R. APP. P. 34.6(e)(3). If omissions or inaccuracies are found, the court reporter shall conform the reporter's record to what occurred in the trial court and file certified corrections to this Court no later than April 4, 2019. *Id*.

The trial court shall file, no later than April 4, 2019, written findings and shall have a supplemental clerk's record containing the findings and any relevant orders filed with the Court.

The supplemental clerk's record shall also contain the Motion for Continuance filed on September 5, 2018. The record of the hearing shall also be filed in a supplemental reporter's record. Both supplemental records shall be filed no later than April 10, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order and appellant's motion to the Honorable Piper McCraw, Presiding Judge of the 469th Judicial District Court; Lynne Finley, Collin County District Clerk; Stephanie Hunn, Official Court Reporter of the 469th Judicial District Court; and all parties.

We **ABATE** this appeal, including the deadline for appellant's brief on the merits, to allow the trial court to comply with this order. This appeal will be reinstated in forty-five days or when the requested supplemental records are filed, whichever occurs sooner.

/s/      KEN MOLBERG
         JUSTICE